

# Fourth Court of Appeals
## San Antonio, Texas

October 16, 2015

No. 04-15-00288-CV

Eduardo **BENAVIDES**,
Appellant

v.

Julia **BENNETT**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-16084
Honorable Larry Noll, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
               Karen Angelini, Justice
               Marialyn Barnard, Justice

On September 23, 2015, this court ordered appellant to file his appellate brief no later than October 5, 2015. Our order cautioned appellant that if he failed to file the brief by this date or failed to reasonably explain the reason for his failure to do so, this appeal would be dismissed for want of prosecution. TEX. R. APP. P. 38.8(a). Because appellant did not timely respond to our order, this court issued an opinion and judgment dismissing the appeal on October 14, 2015. However, the day before our opinion issued, appellant had filed a response to our September 23 order in which he explained the delay in filing his brief and asking this court to accept an attached "letter brief" as his appellate brief.

We hereby WITHDRAW our opinion and judgment dated October 14, 2015 and GRANT appellant's motion.

Appellee's brief is due no later than November 16, 2015.

It is so **ORDERED** on October 16, 2015.

PER CURIAM

ATTESTED TO: _____

Keith E. Hottle
Clerk of Court